UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTIAGO GOMEZ,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　　Respondent. | No. CV 11-9188-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: *January 24, 2012*

　　　　　　　　　　　　　　　　　　*David O. Carter*
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE